# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Big Cat Rescue Corp., a Florida not-for-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Big Cat Rescue Entertainment Group, Inc., an Oklahoma corporation; G.W. Exotic Memorial Animal Foundation, d/b/a Big Cat Rescue Entertainment Group, an Oklahoma corporation; Joe Schreibvogel, a/k/a Joe Exotic, a/k/a Aarron Alex, a/k/a Cody Ryan, individually,<br><br>    Defendants, | Case No. 5:13-fj-3-M |

## NOTICE OF RENEWAL OF JUDGMENT

1. Notice is given of renewal of the Judgment that was rendered and filed in this action as follows:

  A. Date of filing with Court Clerk: <u>March 18, 2013</u>.

  B. Against Judgment Debtor: <u>Big Cat Rescue Entertainment Group, Inc., G.W. Exotic Memorial Animal Foundation, and Joe Schreibvogel</u>.

  C. Judgment Creditor: <u>Big Cat Rescue Corp</u>.

2. If applicable, that a Notice of Renewal of Judgment has been previously filed with the Court Clerk on: <u>Not applicable</u>.

Respectfully Submitted,

*/s/ Heather L. Hintz*
Heather L. Hintz, OBA No. 14253
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
hlhintz@phillipsmurrah.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2018, I served the above and foregoing by U.S. mail, with postage prepaid thereon, upon the following, who are not registered participants of the ECF System:

Frank R. Jakes
Johnson Pope Bokor Ruppel & Burns LLP
403 E Madison St, 4th Fl
Tampa, FL  33602

*/s/ Heather L. Hintz*
Heather L. Hintz